**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**AT WESTERN DIVISION**

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 7 |
| JOHN G BENNINGTON, III<br>GEORGIA L BENNINGTON | CASE NO: 14-10685 |
| | JUDGE: JEFFERY P. HOPKINS |
| **Debtors** | |

## TRUSTEE'S ABANDONMENT OF PROPERTY

On request of Creditor EverBank for an abandonment by the Trustee of certain real estate described herein; and it appearing that there is no equity in the property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon the following described property as an asset of inconsequential value to the estate, to-wit:

2133 Picketside Dr., Batavia, OH 45103

FOR LEGAL DESCRIPTION, SEE EXHIBIT "B" ATTACHED.

/s/ Eileen K Field
TRUSTEE

## CERTIFICATE OF NO REQUEST FOR FURTHER NOTICE/NO OBJECTION

This is to certify that the undersigned has caused the docket to be checked following the first meeting of creditors and no additional notice request appears thereon or, if one has been filed, additional notice has been provided to the party requesting same without timely objection.

Respectfully Submitted,

/s/ Chris E. Manolis
Shapiro, Van Ess, Phillips & Barragate, LLP
Chris E. Manolis (0076197)
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone:  (513) 396-8100
Fax:  (847) 627-8805
cmanolis@logs.com

## CERTIFICATE OF SERVICE

I certify that on the 4th day of February, 2015, copies of the foregoing were served by mailing the same by ordinary U.S. Mail, postage prepaid, and/or electronically as permitted by local rule, to the persons listed below.

**Served by Regular U.S. Mail**
John G Bennington, III
2133 Picketside Dr.
Batavia, OH 45103

Georgia L Bennington
2133 Picketside Dr.
Batavia, OH 45103

**Electronic Mail Notice List**
Erik W Laursen
John E. Stillpass Co. LPA
4901 Hunt Road, Suite 103
Cincinnati, OH 45242

Eileen K Field
3991 Hamilton Middletown Road
Unit U
Hamilton, OH 45011

Office of the U.S. Trustee
36 East Seventh Street
Suite 2050
Cincinnati, OH 45202

Respectfully Submitted,

/s/ Chris E. Manolis
Shapiro, Van Ess, Phillips & Barragate, LLP
Chris E. Manolis(0076197)
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone:  (513) 396-8100
Fax:  (847) 627-8805
cmanolis@logs.com